UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL MURPHY #212393,

    Plaintiff,

v.                                                                       No.:   3:05-cv-062
                                                                           (VARLAN/GUYTON)

QUENTON WHITE, et al.,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R :**

                                                                        s/ Thomas A. Varlan
                                                                       UNITED STATES DISTRICT JUDGE